

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

| | | |
|---|---|---|
| OLIVIA JEONG, | § | No. 08-23-00264-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law |
| THE STATE OF TEXAS, | § | of Hudspeth County, Texas |
| Appellee. | § | (TC# CR-09654) |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of jurisdiction. Because there is no appealable order, we dismiss the appeal for want of jurisdiction.

On October 4, 2023, the Clerk of this Court sent Appellant a letter notifying her that it appeared there was no appealable order at issue in this case. The letter gave notice of our intent to dismiss the appeal for want of jurisdiction, after ten days, unless grounds were shown for the Court to continue the appeal. Appellant timely responded to this Court's letter asserting that she filed a pretrial writ of habeas corpus on August 16, 2023, which the County Court at Law denied on September 26, 2023. However, Appellant did not attach a copy of the County Court's purported

judgment, and the County Court's docketing certificate in this cause does not indicate that a ruling has been issued in this case.

Because there is no apparent appealable order in this case, we dismiss the appeal for want of jurisdiction.

YVONNE T. RODRIGUEZ, Chief Justice

October 16, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.

(Do Not Publish)